UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| UNUM LIFE INSURANCE COMPANY OF AMERICA,<br>    Plaintiff,<br><br>v.<br><br>ROBERT L. HARRIS, JR. and<br>DONNA RENEE LOVE-MUNCY and<br>DORIN E. MUNCY, Guardians of Minor A.S.,<br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 19-cv-2562-JAR |

## ORDER ALLOWING DEPOSIT OF INVESTED FUNDS WITH THE COURT

Pursuant to Rule 67 of the Federal Rules of Civil Procedure, and the Court being fully advised in the premises,

IT IS ORDERED that the unopposed Motion to Deposit Money with the Court into the Registry of the court in the amount of $93,600.00 plus applicable interest, which represents disputed life insurance and accidental death and dismemberment insurance proceeds (ECF No. 12), is hereby granted.

IT IS FURTHER ORDERED that the Clerk shall deposit the funds in a money market account at the prevailing rate of interest at a federally approved financial institution. The initial investment is subject to the collateral provisions of Treasury Circular 176.

The clerk shall deduct the administrative registry fee, set by the Director of the Administrative Office of the U.S. Courts at ten percent of the interest earned or as indicated based on the amount and time of deposit into the court, without further order of the court. Said fee is authorized by the Judicial Conference of the United States.

Date: November 1, 2019                                            s/ James P. O'Hara
                                                                                        James P. O'Hara
                                                                                        U.S. Magistrate Judge